692

Mr. *Theodore L. Bailey* for petitioner. Messrs. *John E. Purdy* and *Edmund F. Lamb* for respondents.

No. 418. SMITH, RECEIVER, ET AL. *v.* MILLS. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Messrs. *Orlo R. Deahl* and *S. J. Crumpacker* for petitioners. Mr. *Robert A. Grant* for respondent.

No. 420. BEN ADLER SIGNS, INC. ET AL. v. WAGNER SIGN SERVICE, INC. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. *Max W. Zabel* for petitioners. Mr. *Albert G. McCaleb* for respondent.

No. 426. STROBL *v.* ZIDEK. October 28, 1940. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied. *Samuel Strobl, pro se. John Zidek, Jr., pro se.*

No. 427. CITY OF HURON *v.* EVENSON, TRUSTEE. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. *Max Royhl* for petitioner. Mr. *Perry F. Loucks* for respondent.

No. 428. MOORE *v.* HORTON, TRUSTEE IN BANKRUPTCY. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. *Richard Ford* and *Merlin Wiley* for petitioner.